# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS BONILLA CASTANEDA,** | 1:16-cv-1524-LJO-SKO |
| **Plaintiff,** | **ORDER DISMISSING CASE WITHOUT LEAVE TO AMEND** |
| v. | |
| **C.D.C.R., et al.,** | |
| **Defendants.** | |

Plaintiff Jesus Bonilla Castaneda, a state inmate proceeding pro se and in forma pauperis, filed this case on October 11, 2016. Doc. 1. On October 17, 2016, Plaintiff filed an identical copy of the complaint in another case pending in this Court. *See Castaneda v. CDCR*, 1:16-cv-1562-LJO-SKO, Doc. 1 ("the 1562 case"). The complaint in the 1562 case appears to be a photocopy of the complaint in this case with the only difference being Plaintiff signed the complaint in the 1562 case, but did not sign the complaint in this case. The Court therefore assumes Plaintiff failed to sign his complaint as required, *see* Fed. R. Civ. Pro. 11, and attempted to re-file it, but inadvertently filed the 1562 case in doing so. Accordingly, the Court DISMISSES the complaint without leave to amend. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **January 9, 2017**          /s/ Lawrence J. O'Neill
                                                  UNITED STATES CHIEF DISTRICT JUDGE

1